UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO. 8:16-cr-360-T-23MAP

CHRISTOPHER BAKER

## JOINT STATUS REPORT

The United States of America, by A. Lee Bentley, III, United States Attorney

for the Middle District of Florida, files with this Court, pursuant to Fed. R. Crim. P.

17.1, the following status report.   In response to the inquiries in the Court's

discovery order, the United States has conferred with defense counsel and herein

states as follows:

1.      Brief summary of the case's status:

The defendant was indicted in a three-count indictment on August 10, 2016.

Counts One and Two charge receipt of child pornography. Count Three charges

possession of child pornography. There are no co-defendants. The defendant

pleaded not guilty, and initial discovery was provided in accordance with the Court's

order.   Supplemental discovery is expected to be provided next week.

2.      Possibility of a plea agreement:

It is too early to tell whether how this case will be resolved.

3.      Number of days required for trial, for government's case-in-chief:

It is estimated the United States would require three days to present its case-

in-chief.

4.      Pending motions, dates on which they were filed, and whether they are

ripe for determination:

There are no motions pending.

5.      Potential speedy trial problems:

As the Court granted the Defendant's motion to continue trial to the

December 2016 trial calendar, there are no speedy trial problems.

I have consulted with Assistant Federal Defender Jenny Devine prior to the

filing of this joint status report and have received authorization from her to file this

report with the Court.

Respectfully submitted,

A. LEE BENTLEY, III
United States Attorney

By:    /s/ Gregory T. Nolan
GREGORY T. NOLAN
Assistant United States Attorney
United States Attorney No.: 163
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone:   (813) 274-6000
Facsimile:    (813) 274-6358
E-mail:        gregory.nolan@usdoj.gov

**U.S. v. Christopher Baker**          **Case No. 8:16-cr-360-T-23MAP**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 9, 2016, I electronically filed the

foregoing with the Clerk of the Court by using the CM/ECF system which will

send a notice of electronic filing to the following:

Jenny Devine, Esq.


/s/ Gregory T. Nolan
GREGORY T. NOLAN
Assistant United States Attorney
United States Attorney No.: 163
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone:   (813) 274-6000
Facsimile:   (813) 274-6358
E-mail:       gregory.nolan@usdoj.gov